# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY GENE BROWN,
                Appellant,

vs.

JAMES DZURENDA; TITO
BUENOCAMINO; DR. ROMERO
ARANAS; DR. GEORGE LEAKS;
JAMILA TORRES; GEORGE PELE
TAINO; BOB FAULKNER; AND THE
STATE OF NEVADA,
                Respondents.

No. 77013

FILED

OCT 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-41208

cc: Hon. Gloria Sturman, District Judge
Terry Gene Brown
Attorney General/Carson City
Eighth District Court Clerk